RECEIVED
IN LAKE CHARLES, LA.

MAR - 6 2014

TONY R. MOORE, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NKEMJIKA BONLIONEL IKE | * | CIVIL ACTION NO. 2:11-cv-2075 |
| Plaintiff | * | |
| | * | SECTION P |
| V. | * | |
| J.P. YOUNG, ET AL. | * | JUDGE MINALDI |
| Defendants | * | |
| | * | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 8] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiffs' complaint be and hereby is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Lake Charles, Louisiana, this 5 day of March, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE